MTI
JLW

# United States Bankruptcy Court
## Central District Of California

| In re:<br>David D Anderson<br>Henrietta L. Anderson | CHAPTER NO.: 7 |
|---|---|
| | CASE NUMBER: 2:11-bk-21456-EC |
| | DATE OF FILING: March 17, 2011 |

## CASE INITIATION ACTION NOTICE

**To:** Honorable Ellen Carroll
**From:** Kim Collins  **Ext:** 6070  **Date:** May 17, 2011

**FILED MAY 18 2011** CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

**ENTERED MAY 19 2011** CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

The attached document is being forwarded to you for your immediate attention due to the following:

- ☐ Involuntary Petition
- ☐ Non-individual debtor not represented by attorney
- ☐ Chapter 11 filing by debtor not represented by attorney
- ☐ Amendment to petition to add additional aliases (a/k/a, d/b/a)
- ☐ Hearing date within three (3) days from filing date
- ☐ Amendment to debtor's and/or co-debtor's Social Security Number (attach copy of original)
- ☐ Amendment to debtor's and/or co-debtor's name (attach copy of originally filed document)
- ☐ Attorney of record barred from practicing in the Central District
- ☐ Debtor with multiple cases pending that have not been dismissed:
  Case No: ___   Chapter ___
  Case No: ___   Chapter ___
  Case No: ___   Chapter ___
- ☐ Chapter 7 debtor(s) received a discharge in a chapter 12 or 13 case filed within 6 years of the filing of pending case (11 U.S.C. 727(a)(9))
  Prior Case No. ___   Chapter _   Date of Filing: _
- ☐ Chapter 13 debtor(s) received a discharge in a case filed under chapter 7, 11 or 12 within 4 years of the filing of the pending case, or in a case filed under chapter 13 within 2 years of the filing of pending case (11 U.S.C. 1328(f))
  Prior Case No. ___   Chapter _   Date of Filing: _
  District and division, if other than CAC _
- ☐ Request for waiver of Credit Counseling requirement (Exigent Circumstances)
- ☐ Debtor failed to file Copies of Payment Advices (Pay Stubs) within 45 days after the date of the filing of the petition
- ☑ Other:  Deficient documents from Order to Comply and Case Commencement Deficiency Notice.

*Please indicate your instructions and forward to your Courtroom Services team.*

- ☐ Process using routine procedures (no special action required)
- ☐ Prepare an Order to Show Cause re: Dismissal
- ☐ Dismiss with 180 day restriction
- ☒ Dismiss without 180 day restriction
- ☐ Dismiss pursuant to § 521(i)(1) [Clerk's Office to send BNC Notice re: Order and Notice of Dismissal for Failure to File Copies of Payment Advices (Pay Stubs)]
- ☐ Send a notice to the debtor that no discharge will be granted when otherwise ready to close the case
- ☐ Other: _

Dated: 5/18/11
Revised 11/09

BY THE ORDER OF THE COURT
_____
Honorable Ellen Carroll